UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHELBY TRIPP-LIEN,<br><br>Defendant. | CR. 21-50040-02-KES<br><br>SENTENCING SCHEDULING ORDER |

On April 18, 2022, defendant, Shelby Tripp-Lien, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment and adjudge defendant guilty of conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Defendant and the government waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 145) is adopted in full, the plea is accepted, and the defendant is adjudged guilty of conspiracy to distribute a controlled substance as charged in the Indictment.

It is FURTHER ORDERED that the following deadlines will apply:

| Filer | Document | Event | Date |
|---|---|---|---|
| Probation Officer | Draft Presentence Report | Draft Presentence Report | June 10, 2022 |
| Counsel | Objections | Sealed Objections to Presentence Report | June 24, 2022 |
| Counsel | No objections | Notice of No Objections to Presentence Report | June 24, 2022 |
| Counsel | Letters of support | Sealed Letter(s) of Support | July 8, 2022 |

| Counsel | All other presentence-related documents | Appropriate Sealed Event | July 8, 2022 |
|---|---|---|---|
| Probation Officer | Final Presentence Report and Addendum | Final Presentence Report | July 8, 2022 |
| Sentencing hearing | | | Friday, July 15, 2022, at 3:00 p.m. in Rapid City courtroom 2. |

Dated April 25, 2022.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE